COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Marcos Jimenez v. The State of Texas

Appellate case number:  01-15-00501-CR & 01-15-00506-CR

Trial court case number: 13CR1173 & 13CR1517

Trial court:            10th District Court of Galveston County

In his brief, appellant Marcos Jimenez has notified the Court that the trial court did not issue findings of fact and conclusions of law as to *Jackson v. Denno*[1] suppression issues. The State concedes that the appeal should be abated so that the trial court can issue findings of fact and conclusions of law.

We abate the appeal and remand for the trial court to enter written findings of fact and conclusions of law, separate and apart from any docket sheet notations in this case, in conjunction with the trial court's denial of Jimenez's motion to suppress. *See State v. Cullen*, 195 S.W.3d 696, 699 (Tex. Crim. App. 2006) (holding that trial court must provide findings of fact and conclusions of law adequate to provide appellate court with basis to review trial court's application of law to facts, either in writing or on record at hearing); *Wicker v. State*, 740 S.W.2d 779, 784 (Tex. Crim. App. 1987); TEX. R. APP. P. 44.4.

The trial court shall make the appropriate findings and conclusions and shall cause them to be filed with the trial court clerk within 20 days of the date of this order. We further order the trial court clerk to file a supplemental clerk's record containing the trial court's findings of fact and conclusions of law with this Court within 30 days of the date of this order.

---

[1]     378 U.S. 368, 380, 84 S. Ct. 1774, 1782–83 (1964).

Jimenez will be permitted to file an amended brief within 30 days after the supplemental clerk's record is filed in this Court. The State will be permitted to file an amended brief within 30 days after Jimenez has filed his amended brief.

This appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket without further order of the Court when the supplemental clerk's record is filed in this Court.

It is so ORDERED.


Judge's signature:    /s/ Sherry Radack
                      ☒  Acting individually    ☐  Acting for the Court


Date: January 28, 2016